# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
ORVILLE COOMBES                       §    Case No. 12-00206
JOANN COOMBES                         §
                                      §
                                      §
           Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was             and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $            , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joji Takada_____
                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-00206 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | ORVILLE COOMBES | | | | Date Filed (f) or Converted (c): | 01/05/2012 (f) |
| | JOANN COOMBES | | | | 341(a) Meeting Date: | 01/30/2012 |
| For Period Ending: | 09/07/2012 | | | | Claims Bar Date: | 05/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 449 N. Pinecrest Rd., Bolingbrook IL | 100,000.00 | 6,050.00 | | 0.00 | FA |
| 2. US Bank Checking Account | 26,857.41 | 0.00 | | 15,444.81 | FA |
| 3. US Bank Savings Account | 10,000.00 | 10,000.00 | | 15,883.59 | FA |
| 4. Furniture | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 5. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. ING IRA | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7. ING IRA | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 8. 50% stock in Fantastic Sam's franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2006 Ford Taurus | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 10. 2000 Dodge Voyager | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $183,157.41 $62,050.00 $31,328.40 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/05/2014     Current Projected Date of Final Report (TFR): 01/05/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-00206
Case Name: ORVILLE COOMBES
JOANN COOMBES

Trustee Name: Joji Takada
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX5924
Checking Account

Taxpayer ID No: XX-XXX0223
For Period Ending: 09/07/2012

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/12 | | Orville Coombes<br>449 N Pincrest Road<br>Bolingbrook, Illinois 60440 | Non-exempt bank funds | | $22,000.00 | | $22,000.00 |
| | | | Gross Receipts          $22,000.00 | | | | |
| | 2 | | US Bank Checking       $6,116.41<br>Account | 1129-000 | | | |
| | 3 | | US Bank Savings       $15,883.59<br>Account | 1129-000 | | | |
| 02/26/12 | 2 | Orville Coombes<br>449 N Pinecrest Road<br>Bolingbrook, Illinois 60440 | Non-exempt bank funds | 1129-000 | $9,328.40 | | $31,328.40 |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $4.69 | $31,323.71 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $31,328.40 | $4.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $31,328.40 | $4.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,328.40 | $4.69 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Page Subtotals:   $31,328.40   $4.69

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5924 - Checking Account | $31,328.40 | $4.69 | $31,323.71 |
| | $31,328.40 | $4.69 | $31,323.71 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $31,328.40 |
| Total Gross Receipts: | $31,328.40 |

Page Subtotals:                               $0.00        $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00206-BWB  
Debtor Name: ORVILLE COOMBES  
Claims Bar Date: 5/30/2012  

Date: September 7, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $3,882.84 | $3,882.84 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 2300 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $4.69 | $4.69 |
| 1 300 7100 | Capital One Bank (USA) NA by American InfoSource LP as agent<br>Capital One Bank (USA) NA by American InfoSource LP as agent<br>P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $1,353.00 | $1,328.21 | $1,328.21 |
| 2 300 7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $9,713.00 | $9,078.42 | $9,078.42 |
| 3 300 7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $6,215.00 | $5,991.81 | $5,991.81 |
| 4 300 7100 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $3,049.00 | $2,447.25 | $2,447.25 |
| 5 300 7100 | Portfolio Recovery Associates, LLC<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | | $3,352.00 | $3,172.86 | $3,172.86 |
| | Case Totals | | | $23,682.00 | $25,906.08 | $25,906.08 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00206
Case Name: ORVILLE COOMBES
             JOANN COOMBES
Trustee Name: Joji Takada

        Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Other: INTERNATIONAL SURETIES | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA by American InfoSource LP as agent | $ | $ | $ |
| 2 | GE Capital Retail Bank | $ | $ | $ |
| 3 | GE Capital Retail Bank | $ | $ | $ |
| 4 | Credit First National Association | $ | $ | $ |
| 5 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $    . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $        .