**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-00206 |
| ORVILLE COOMBES | § | Chapter 7 |
| JOANN COOMBES | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/7/2012,

United States Courthouse
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/7/2012        By: /s/ Joji Takada
                                    Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
ORVILLE COOMBES § Case No. 12-00206
JOANN COOMBES §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 31,328.40 |
| and approved disbursements of | $ | 4.69 |
| leaving a balance on hand of[1] | $ | 31,323.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 3,282.35 |
| Other: INTERNATIONAL SURETIES | $ 4.69 | $ 4.69 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,282.35 |
| Remaining Balance | $ | 28,041.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,018.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA by American InfoSource LP as agent | $ 1,328.21 | $ 0.00 | $ 1,328.21 |
| 2 | GE Capital Retail Bank | $ 9,078.42 | $ 0.00 | $ 9,078.42 |
| 3 | GE Capital Retail Bank | $ 5,991.81 | $ 0.00 | $ 5,991.81 |
| 4 | Credit First National Association | $ 2,447.25 | $ 0.00 | $ 2,447.25 |
| 5 | Portfolio Recovery Associates, LLC | $ 3,172.86 | $ 0.00 | $ 3,172.86 |
| | Total to be paid to timely general unsecured creditors | | $ | 22,018.55 |
| | Remaining Balance | | $ | 6,022.81 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 17.89 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,004.92 .

Prepared By: Joji Takada
                                                        Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 12-00206-BWB
Orville Coombes                                                    Chapter 7
Joann Coombes
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Nov 08, 2012
                              Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2012.
db/jdb       +Orville Coombes,    Joann Coombes,    449 N. Pinecrest Rd.,    Bolingbrook, IL 60440-2146
18331454     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18331455     +Cap One Na,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
18331456     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18331457     +Chase,   201 N. Walnut St//De1-1027,     Wilmington, DE 19801-2920
18331458     +Credit First,    Po Box 818011,   Cleveland, OH 44181-8011
18721353     +Credit First National Association,     Po Box 818011,    Cleveland, OH 44181-8011
18331459     +Fantastic Sams,    50 Dunham Rd.,    3rd Floor,    Beverly, MA 01915-1882
18331460      Fantastic Sams,    3801 S. Rte. 59,    Suite #108,    Naperville, IL 60564
18331463     +Pnc Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
18973079     +Portfolio Recovery Associates, LLC/Capital One,      NA/PRA Receivables Management LLC,     POB 41067,
               Norfolk VA 23541-1067
18331464     +TDC Naperville, LLC,    c/o Trucker Development Corp,     799 Central Ave., Suite 300,
               Highland Park, IL 60035-5641
18331465     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,     Mailstop BV  P.O.Box 9475,
               Minneapolis, MN 55440-9475
18331466    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/na Nd,     4325 17th Ave S,    Fargo, ND 58125)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18627456      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2012 00:50:21     Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    P.O. Box 248839,   Oklahoma City, OK 73124-8839
18690267      E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2012 00:52:26     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18331461     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2012 01:43:07     Gemb/care Credit,
               Attn: bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18331462     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2012 00:48:47     Gemb/meijer Dc,   Attn: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1             Page 2 of 2                   Date Rcvd: Nov 08, 2012
                              Form ID: pdf006             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2012 at the address(es) listed below:
              Ben L Schneider    on behalf of Debtor Orville Coombes ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul B Porvaznik    on behalf of Creditor  TDC Naperville, LLC pbp@m3rlaw.com
                                                                                             TOTAL: 4
```