UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ORVILLE COOMBES § Case No. 12-00206
JOANN COOMBES §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joji Takada_____
                                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ORVILLE COOMBES and JOANN COOMBES |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |


## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Na Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Credit First Po Box 818011 Cleveland, OH 44181 | | | | | |
| | Fantastic Sams 50 Dunham Rd. 3rd Floor Beverly, MA 01915 | | | | | |
| | Gemb/care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/meijer Dc Attn: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Pnc Bank Po Box 3180 Pittsburgh, PA 15222 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TDC Naperville, LLC c/o Trucker Development Corp 799 Central Ave., Suite 300 Highland Park, IL 60035 |  |  |  |  |  |
|  | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 |  |  |  |  |  |
| 1 | Capital One Bank (USA) NA by American InfoSource LP as agent |  |  |  |  |  |
| 4 | Credit First National Association |  |  |  |  |  |
| 2 | GE Capital Retail Bank |  |  |  |  |  |
| 3 | GE Capital Retail Bank |  |  |  |  |  |
| 5 | Portfolio Recovery Associates, LLC |  |  |  |  |  |
|  | Capital One Bank (USA) NA by American InfoSource LP as agent |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit First National Association | | | | | |
| | GE Capital Retail Bank | | | | | |
| | GE Capital Retail Bank | | | | | |
| | Portfolio Recovery Associates, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-00206 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | ORVILLE COOMBES | | | | Date Filed (f) or Converted (c): | 01/05/2012 (f) |
| | JOANN COOMBES | | | | 341(a) Meeting Date: | 01/30/2012 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 05/30/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 449 N. Pinecrest Rd., Bolingbrook IL | 100,000.00 | 6,050.00 | | 0.00 | FA |
| 2. US Bank Checking Account | 26,857.41 | 0.00 | | 15,444.81 | FA |
| 3. US Bank Savings Account | 10,000.00 | 10,000.00 | | 15,883.59 | FA |
| 4. Furniture | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. ING IRA | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7. ING IRA | 28,000.00 | 28,000.00 | | 0.00 | FA |
| 8. 50% stock in Fantastic Sam's franchise | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Ford Taurus | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 10. 2000 Dodge Voyager | 2,000.00 | 2,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $183,157.41    $62,050.00    $31,328.40    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

022612--Debtor turned over non-exempt bank deposits.
110712--TFR filed.
121712--Distribution made; Checks cut.

Initial Projected Date of Final Report (TFR): 01/05/2014    Current Projected Date of Final Report (TFR): 01/05/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-00206 | Trustee Name: Joji Takada |
| Case Name: ORVILLE COOMBES | Bank Name: Congressional Bank |
| JOANN COOMBES | Account Number/CD#: XXXXXX5924 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0223 | Blanket Bond (per case limit): |
| For Period Ending: 01/19/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/12 | | Orville Coombes<br>449 N Pincrest Road<br>Bolingbrook, Illinois 60440 | Non-exempt bank funds | | $22,000.00 | | $22,000.00 |
| | | | Gross Receipts  $22,000.00 | | | | |
| | 2 | | US Bank Checking Account  $6,116.41 | 1129-000 | | | |
| | 3 | | US Bank Savings Account  $15,883.59 | 1129-000 | | | |
| 02/26/12 | 2 | Orville Coombes<br>449 N Pinecrest Road<br>Bolingbrook, Illinois 60440 | Non-exempt bank funds | 1129-000 | $9,328.40 | | $31,328.40 |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $4.69 | $31,323.71 |
| 12/13/12 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,282.35 | $28,041.36 |
| 12/13/12 | 1003 | Capital One Bank (USA) NA by American InfoSource LP as agent<br>Capital One Bank (USA) NA<br>by American InfoSource LP as agent<br>P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $1,329.29 | $26,712.07 |
| | | | ($1.08) | 7990-000 | | | |
| | | Capital One Bank (USA) NA by American InfoSource LP as agent | Final distribution to claim 1  ($1,328.21)<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | | |
| 12/13/12 | 1004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $9,085.79 | $17,626.28 |
| | | | ($7.37) | 7990-000 | | | |
| | | GE Capital Retail Bank | Final distribution to claim 2  ($9,078.42)<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | | |

Page Subtotals: $31,328.40  $13,702.12

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-00206
Case Name: ORVILLE COOMBES
JOANN COOMBES

Trustee Name: Joji Takada
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX5924
Checking Account

Taxpayer ID No: XX-XXX0223
For Period Ending: 01/19/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/12 | 1005 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $5,996.68 | $11,629.60 |
| | | | ($4.87) | 7990-000 | | | |
| | | GE Capital Retail Bank | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($5,991.81) | 7100-000 | | | |
| 12/13/12 | 1006 | Credit First National Association Po Box 818011 Cleveland, OH 44181 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $2,449.24 | $9,180.36 |
| | | | ($1.99) | 7990-000 | | | |
| | | Credit First National Association | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($2,447.25) | 7100-000 | | | |
| 12/13/12 | 1007 | Portfolio Recovery Associates, LLC Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $3,175.44 | $6,004.92 |
| | | | ($2.58) | 7990-000 | | | |
| | | Portfolio Recovery Associates, LLC | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($3,172.86) | 7100-000 | | | |
| 12/13/12 | 1008 | ORVILLE COOMBES and JOANN COOMBES | Distribution of surplus funds to debtor. | 8200-002 | | $6,004.92 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $31,328.40 | $31,328.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $31,328.40 | $31,328.40 |
| Less: Payments to Debtors | $0.00 | $6,004.92 |
| Net | $31,328.40 | $25,323.48 |

Page Subtotals: $0.00  $17,626.28

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5924 - Checking Account | $31,328.40 | $25,323.48 | $0.00 |
|  | $31,328.40 | $25,323.48 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $31,328.40 |
| Total Gross Receipts: | $31,328.40 |